MEMO ENDORSED

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

February 11, 2020

*By ECF*

Honorable Andrew L Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-13-20

Re: *United States v. Michael Falu*, 17 Cr. 181 (ALC); 19 Cr. 200 (ALC)

Dear Judge Carter:

I write on consent (Assistant U.S. Attorney Alison Moe) to respectfully request that the Court adjourn the conference in this VOSR matter, which is currently scheduled for February 20, 2020, and reschedule it for April 22, 2020, at 10:00 a.m., or at another time convenient for the Court. Mr. Falu has been charged separately in a new criminal case for conduct underlying the violations of supervised release, and the resolution of the new case will likely affect the resolution of the charged violations.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Alison Moe, Esq. by ECF
Adam S. Pakula, U.S. Probation Officer, by e-mail
Mr. Michael Falu, MCC Register Number 07584-036

The application is ✓ granted.
☐ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: February 13, 2020
NY, New York