USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  4/13/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| -against- | :  **17-CR-181 (ALC)** |
| | : |
| | :  **ORDER** |
| **MICHAEL FALU,** | : |
| | : |
| Defendant. | : |
| | : |

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The April 22, 2020 status conference is adjourned to **July 8, 2020** at **2:00 p.m.**

Accordingly, it is **ORDERED**: the time from April 22, 2020 through July 8, 2020 is excluded in

the interest of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. §

3161(h)(7)(A).

**SO ORDERED.**

**Dated: April 13, 2020**
      **New York, New York**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**