**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 1, 2020

*By ECF*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/1/20

Honorable Andrew L Carter Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *United States v. Michael Falu*, 17 Cr. 181 (ALC); 19 Cr. 200 (ALC)

Dear Judge Carter:

I write on consent (Assistant U.S. Attorney Alison Moe) to respectfully request that the Court adjourn the conference in this VOSR matter, which is currently scheduled for July 8, 2020, for a period of around 60 days. Mr. Falu has been charged separately in a criminal case for conduct underlying the violations of supervised release, *see United States v. Michael Falu*, 19 Cr. 937 (NRB), and the resolution of that case will likely affect the resolution of the charged violations.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
Tel.: (212) 417-8737

cc: Alison Moe, Esq. by ECF
Adam S. Pakula, U.S. Probation Officer, by e-mail
Mr. Michael Falu, MCC Register Number 07584-036

> The application is granted. The hearing is adjourned to 9/14/20 at 11:30 a.m.
> So Ordered.
>
> /s/ Andrew L. Carter 7/1/20